CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Marcos Martin Parra** DOB: 1984; United States | DOCKET NO.<br>20-02900MJ<br>MAGISTRATE'S CASE NO. |
| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii), 1324(a)(1)(A)(iii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(i). | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about June 23, 2020, in the District of Arizona, **Marcos Martin Parra**, named herein as defendant and conspirator, did knowingly and intentionally combine, conspire, confederate, and agree with other persons, known and unknown, to conceal, harbor, or shield certain illegal aliens, including Cayetano Xalamihua-FLores; within the United States in any place, including any building or any means of transportation, in furtherance of such violation of law; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324(a)(1)(A)(v)(I).**

**COUNT 2 (Felony)** On or about June 2, 2020, in the District of Arizona, **Marcos Martin Parra**, did knowingly and intentionally combine, conspire, confederate, and agree with **Kiano Taliafero Williams** and other persons, known and unknown, to transport certain illegal aliens, including Rodrigo Sotelo-Delgado, Javier Garcia-Rossete, Porfirio Garcia-Rossete, Javier Solis-Ceron, Alcadio Velasquez-Fonseca, and Elizabeth Gomez-Garcia, and did so for the purpose of private financial gain and placing in jeopardy the life of any person; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I),1324(a)(1)(B)(i), and 1324(a)(1)(B)(iii)**

**COUNT 3 (Felony)** On or about June 18, 2020, in the District of Arizona, **Marcos Martin Parra**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with **Vanessa Parra, Jose Monjaras** and other persons, known and unknown, to conceal, harbor, or shield certain illegal aliens, including Jassiel Abondis-Lopez, Alejandra Hernandez-Navarette, and Ruperto Zarate-Genchi; within the United States in any place, including any building or any means of transportation, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(iii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about June 23, 2020, in the District of Arizona (Douglas), United States Border Patrol Agents (BPA) were conducting surveillance at a known stash house. They saw a suspected illegal alien, later identified as Cayetano Xalamihua-Flores, exit the front door. Xalamihua then walked northbound on E avenue using his cell phone while looking at the streets signs. BPA suspected Xalamihua was being guided to a load vehicle or stash house. Shortly after, BPA saw **Marcos Martin Parra** also on his cell phone and looking in the direction of Xalamihua. BPA saw when **Marcos Martin Parra** met up with Xalamihua in an alleyway and when Xalamihua walked into the alleyway and **Marcos Martin Parra** followed him from a distance. Xalamihua eventually walked through the gate of the residence located at 631 E. 17th. Shortly after, **Marcos Martin Parra** walked through the same gate and entered the property.

Approximately 10 minutes later, **Marcos Martin Parra** and an adult female walked out of the back of the residence and BPA conducted a consensual encounter. **Marcos Martin Parra** started to walk backwards yelling "I didn't do it, I wasn't me." **Marcos Martin Parra** said that he didn't do anything and that he was just at the house to take a shower. BPA conducted a knock and talk at the residence and found eight illegal aliens, including Cayetano Xalamihua-Flores. BPA intercepted multiple smuggling attempts that originated from the residence at 631 E. 17th ST., including the events on June 2, 2020 and June 18, 2020.
**Continued on back.**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Cayetano Xalamihua-Flores, Rodrigo Sotelo-Delgado, Javier Garcia-Rossete, Porfirio Garcia-Rossete, Javier Solis-Ceron, Alcadio Velasquez-Fonseca, and Elizabeth Gomez-Garcia Jassiel Abondis-Lopez, Alejandra Hernandez-Navarette, and Ruperto Zarate-Genchi.

| Detention Requested<br>Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge.<br>AUTHORIZED BY:  AUSA JAA/ri | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn by telephone  x | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Leslie A. Bowman* | DATE<br>June 24, 2020 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

**Continued from front.**

In a post-*Miranda* statement, **Marcos Martin Parra** claimed he was forced by several coordinators in Agua Prieta, Mexico to harbor the illegal aliens. He said the coordinators told him that the owned them money for the illegal aliens they lost on June 18, 2020. **Marcos Martin Parra** said he was being paid $100 USD for every illegal alien he harbored. He said Jose Monjaras was also living at his house and was also coordinating the alien smuggling events. **Marcos Martin Parra** also admitted he was aware of the roll over on June 2, 2020. He said the vehicles involved picked up the illegal aliens at his house.

June 2, 2020 alien smuggling event, Border Patrol Agents (BPA) from Customs and Border Protection (CBP), Office of Border Patrol (OBP), Douglas attempted to stop a white Honda minivan on SR-80 as it headed east towards New Mexico, but the minivan fled. A CBP helicopter joined in the pursuit and was able to get ahead of the minivan, land and deploy an agent who set out tire deflation spikes ahead of the minivan near mile marker 400 on SR-80. The minivan driver lost control trying to avoid the tire spikes and rolled multiple times. D. R-C, an illegal immigrant from Mexico, was a passenger in the minivan and sustained fatal injuries when ejected from the vehicle. Homeland Security Investigations (HSI) Special Agents from the Douglas, AZ office responded to the scene to conduct an investigation. Three other suspected illegal aliens were rescued from the wreckage. Of these three, J V-P was transported via air ambulance to Banner University Medical Center in Tucson, AZ where doctors kept him on life support. The remaining two illegal aliens were transported to the Douglas Rural Health Clinic. Of these two, Rodrigo Sotelo-Delgado suffered a compound fracture to his femur while Javier Garcia-Rossete suffered minor injuries and was discharged. The driver of the minivan, C. T., a 17-year-old juvenile, was transported to the Douglas Rural Health Clinic where he later died of his injuries.

During the course of the investigation, HSI Special Agents learned that Kiano Taliafero Williams (USC) had been stopped separately by OBP Douglas BPA's shortly before the minivan fled. At the time, Williams was driving a 2012 XJL Jaguar with four illegal aliens inside, later identified as Porfirio Garcia-Rossete, Javier Solis-Ceron, Alcadio Velasquez-Fonseca, and Elizabeth Gomez-Garcia. It was learned that one of the illegal aliens from the minivan, Javier Garcia-Rossete, was a brother of Porfirio Garcia-Rossete. During the stop of Williams, BPA saw C.T. drive past in the Honda and realized the two vehicles were possibly connected in the same smuggling attempt.

June 18, 2020 alien smuggling event, in the District of Arizona (Douglas), the Department of Public Safety Criminal Targeting Unit (CTU) along with Homeland Security Investigations and United States Border Patrol Agents executed a search warrant at a residence on 631 E. 17th St in Douglas. CTU located six illegal aliens in the rear portion of the residence, including Jassiel Abondis-Lopez, Alejandra Hernandez-Navarette, and Ruperto Zarate-Genchi. Two adult U.S. Citizens were arrested, Vanessa Parra and Jose Monjaras.

In a post-*Miranda* statement, Monjaras said he was dating Vanessa Parra, **Marcos Martin Parra**'s sister. Monjaras said **Marcos Martin Parra** is in charge of coordinating the transportation and harboring of illegal aliens at the stash house. Monjaras said **Marcos Martin Parra** was getting paid $120-300 USD for harboring illegal aliens.

In a post-*Miranda* statement, **Vanessa Parra** said her brother, **Marcos Martin Parra**, built a door to the back room of the house for the purpose of harboring illegal aliens.